William W. Mercer
Brianne C. McClafferty
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
Email: wwmercer@hollandhart.com
bcmcclafferty@hollandhart.com

Chris R. Pace (*pro hac vice*)
Justin M. Dean *(pro hac vice)*
Kyle O'Brien (*pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
Telephone:  (816) 471-1301
Fax:  (816) 471-1303
Email:  chris.pace@ogletree.com
        justin.dean@ogltree.com
        kyle.obrien@ogletree.com

Brian Mumaugh (*pro hac vice)*
HOLLAND & HART LLP
555 Seventeenth St., Ste. 3200
P.O. Box 8749
Denver, CO  80201-8749
Telephone:  (303) 295-8551
Fax:  (303) 713-6255
Email:  bmumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **JORDAN SEIFFERT, on Behalf of Himself and All Others Similarly Situated,**<br><br>          **Plaintiff,**<br><br>     vs. | <br><br><br><br>Case No.  4:18-CV-00070-BMM |

| |
|---|
| **QWEST CORPORATION D/B/A CENTURYLINK QC AND CENTURYLINK COMMUNICATIONS, LLC,**<br><br>        **Defendants.** |

## DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER VENUE

Defendants Qwest Corporation d/b/a CenturyLink QC and CenturyLink Communications, LLC ("Defendants") move to dismiss this case, or in the alternative, transfer venue. In support of their Motion, Defendants incorporate by reference the accompanying brief.

Plaintiff has been contacted pursuant to L.R. 7.1(c)(1), and he opposes this motion.

WHEREFORE, Defendants request that the Court enter an order to dismiss the case, or, in the alternative, transfer venue.

DATED this 3rd day of July, 2018.

>       */s/ Brianne C. McClafferty*
>       Brianne McClafferty
>       Holland & Hart LLP
>
>       ATTORNEY FOR DEFENDANTS

11152949_1