# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| **JORDAN SEIFFERT**, on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 4:18-cv-00070-BMM |
| **QWEST CORPORATION d/b/a CENTURYLINK QC, and CENTURYLINK COMMUNICATIONS, LLC** | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This Court has considered Plaintiff's Unopposed Motion to Appear Without Local Counsel or, Alternatively, to Allow Local Counsel to Appear by Telephone (Doc. 56) and finds good cause for that motion.

**IT IS THEREFORE ORDERED**, Plaintiff may appear through *pro hac vice* counsel and without local counsel at the December 4, 2018 Preliminary Pretrial Conference and Motion Hearing.

Dated this 29th day of November, 2018.

_____
Brian Morris
United States District Court Judge