IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JORDAN SEIFFERT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QWEST CORPORATION, D/B/A CENTURYLINK QC and CENTURYLINK COMMUNICAITONS, LLC,<br><br>Defendants. | CV-18-70-GF-BMM<br><br><br><br>**ORDER** |

Defendants have moved for admission of Darin P. Shreves (Mr. Shreves), (Doc.137), to practice before this Court in this case with Brianne McClafferty of Holland & Hart, LLP, to act as local counsel. Mr. Shreves' application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendants' motion to allow Mr. Shreves to appear on its behalf (Doc. 137) is **GRANTED** on the following conditions:

1. Local counsel, Ms. McClafferty, will be designated as lead counsel or as co-lead counsel with Mr. Shreves. Mr. Shreves must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents

served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Ms. McClafferty, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Shreves, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Shreves.

DATED this 12th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court